IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tucson

## CRIMINAL MINUTES

FILED ☐   LODGED ☐
RECEIVED ☐   COPY ☐

OCT 1 2 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CR 99-01267-001-TUC-FRZ
CASE NUMBER

Date: 10/12/01

Judge #: 7023

Hon. FRANK R. ZAPATA, United States District Judge

USA v. WAYNE C. EVANS

DEFENDANT: ☒ Present ☐ Not Present   ☐ Released ☒ Custody ☐ Writ
Deputy Clerk Michelle Mejia           Court Reporter: Dianne Davenport
U.S. Atty: Thomas Fink                Dft Atty: Rosemary Marquez

Intrptr: _____

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued, dft to be held without bail

**PROCEEDINGS:** ☐ ARRAIGNMENT/PLEA   ☒ CHANGE OF PLEA
☒ Waiver of Indictment filed      Age: DOB: 4/25/40- 61 YRS
☒ CHARGES: Count 1 of the Indictment 18:1163 Misappropriation of funds from an INDIAN TRIBAL ORGANIZATIONS; and The Information 26 USC 7206(1) Filing false tax return.
☒ Dft states true name to be: SAME
☒ Dft advised: ☒ Right to trial by jury ☒ Right to indictment by GJ ☒ **WAIVE**
**Right to APPEAL**
☒ Dft enters: ☒ GUILTY PLEA to Count(s) 1 OF INDICTMENT AND THE INFORMATION
Lesser offense _____
☐ Court finds amount of _____ to be _____
☒ Plea agreement ☒ FILED ☐ NOT FILED ☐ SEALED _____
☒ Guidelines case   ☐ Non-guidelines case
☒ Continued for sentence to WEDNESDAY, JANUARY 2, 2002 AT 9:00 A.M. BEFORE DISTRICT JUDGE ZAPATA
☒ To be dismissed upon entry of judgment REMAINING COUNTS IN THE INDICTMENT
☒ ORDER vacate trial date/motion hearing/motions moot
☒ Provided with copy of Indictment/Information   ☒ Waives reading
☒ ORDER defendant **remain released pending sentence**/remanded to USM
☒ Other: PSR ORDERED

copies to: Thomas Fink, PO, PSA, Rosemary Marquez, FRZ

(104)